JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

William R. Pletcher  (212664)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00425 DLJ |
| Plaintiff, ) | |
| ) | EXCLUSION OF TIME PURSUANT TO |
| v. ) | THE SPEEDY TRIAL ACT |
| ARMANDO AGUILAR-DELGADO, ) | Date:    June 2, 2010 |
| ) | Time:   10:00 a..m. |
| Defendant. ) | Court:  Hon. Donna M. Ryu |
| _____ ) | |

     Defendant Armando Aguilar-Delgado appeared at a status conference before the Court on June 2, 2010.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from June 2, 2010 to June 25, 2010.  The parties agreed, and the Court found and held, as follows:

     1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence.

     2.    Given these circumstances, the Court found that the ends of justice served by

1  excluding the period from June 2, 2010 to June 25, 2010, from Speedy Trial Act calculations
2  outweighs the interests of the public and the defendant in a speedy trial by allowing for the
3  defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
4      IT IS HEREBY ORDERED that:
5          With the consent of defendant Armando Aguilar-Delgado, the period from June 2,
6  2010 to June 25, 2010, is excluded from the Speedy Trial Act calculations for effective
7  preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
8
9  IT IS SO ORDERED
10
11 DATED: June _3_, 2010
                                                          _____
12                                                           DONNA M. RYU
                                                          United States Magistrate Judge
13
14 Approved As To Form:
15
16 _____/s/_____        _____/s/_____
    WILLIAM R. PLETCHER                            JEROME MATTHEWS
17 Special Assistant United States Attorney        Assistant Federal Public Defender
    Counsel for United States                                Counsel for Armando Aguilar-Delgado
18
19
20
21
22
23
24
25
26
27
28

[STAMP: GRANTED — Judge Donna M. Ryu — United States District Court, Northern District of California]

ORDER RE: TIME EXCLUSION
CR-10-00425-DLJ                          -2-