MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3695
   Facsimile:  (510) 637-3724
   E-Mail:    Trevor.Rusin@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br>ARMANDO AGUILAR-DELGADO,<br>                Defendant. | No. CR-06-00532 SBA<br><br>Petition to Revoke Supervised Release |
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br>ARMANDO AGUILAR-DELGADO,<br><br>                Defendant. | No. CR-10-00425 DLJ<br><br>Indictment Filed May 27, 2010<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING SET FOR FRIDAY, OCTOBER 22, 2010, TO FRIDAY, NOVEMBER 12, 2010, AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION** |

      Defendant Armando Aguilar-Delgado is scheduled to appear on the above-entitled cases

U.S. v. ARMANDO AGUILAR-DELGADO

before the Hon. D. Lowell Jensen on Friday, October 22, 2010, for status.  As additional discovery and investigation are required, the parties respectfully request that this court: (1) continue the hearing scheduled for October 22, 2010, to November 12, 2010, at 9:00 a.m. before the Hon. D. Lowell Jensen, and (2) exclude the time from October 22, 2010, to November 12, 2010, from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) for effective preparation of counsel.  Counsel for the defendant continues to review discovery and additional research and investigation in this case.

As such, the parties stipulate, and request that the Court find and hold as follows:

    1.    That the hearing scheduled for Friday, October 22, 2010, in the above-entitled cases, be continued to Friday, November 12, 2010, at 9:00 a.m. before the Hon. D. Lowell Jensen.

    2.    Given the circumstances, the ends of justice served by excluding the period from October 22, 2010, to November 12, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing time for the defense to effectively prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

    3.    Accordingly, with the consent of both parties, the Court orders that the period from October 22, 2010, to November 12, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: October 19, 2010     _____/s/_____
    JEROME MATTHEWS
    Attorney for Defendant Armando Aguilar-Delgado

DATED: October 19, 2010     _____/s/_____
    TREVOR L. RUSIN
    Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED: October 21, 2010     _____
    HON. D. LOWELL JENSEN
    United States District Court Judge

U.S. v. ARMANDO AGUILAR-DELGADO